**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00143-CV

_____

### RUHUL AMIN PARVEZ AHMED, Appellant

### V.

### KHALEDA PARVIN, Appellee

**On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-264584**

## ORDER

Appellant's brief was due October 11, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before November 16, 2021, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.